THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK S. SALAZAR AND MICHELLE A. SALAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., A UTAH CORPORATION, QUALITY LOAN SERVICE CORP. OF WASHINGTON, JPMORGAN CHASE, U.S. BANK N.A. AND DOES 1 THROUGH 20 INCLUSIVE,<br><br>Defendants. | No. 2:17-cv-00952-RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. Based on the Stipulation, IT IS ORDERED that the Stipulated Motion to Dismiss with Prejudice is GRANTED. Plaintiffs' claims against Defendants U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE9, Asset-Backed Certificates Series 2005-HE9[1] ("U.S. Bank as Trustee"); Select Portfolio Servicing, Inc.; Quality Loan Service Corp. of Washington; and

---

[1] This is the full name of the Trust and accepted as the real party in interest.

ORDER OF DISMISSAL WITH PREJUDICE
(USDC WAWD Case No. 2:17-cv-00952-RSL) - 1

93405109.1 0052161-04877

1  JPMorgan Chase Bank, N.A. are dismissed with prejudice and without an award of fees or costs
2  to any party.

4  SO ORDERED this 14th day of July, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE
(USDC WAWD Case No. 2:17-cv-00952-RSL) - 2

93405109.1 0052161-04877